# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JACK B. BLUMENFELD**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

July 15, 2014

**BY E-FILING**

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124, Unit 31
Wilmington, DE 19801-3568

> Re:  *SanDisk Corp. v. Round Rock Research, LLC*,
>      C.A. No. 14-352 (SLR)

Dear Judge Robinson:

     As directed by Your Honor's July 1, 2014 Order (D.I. 13), Plaintiff SanDisk Corporation submits this letter to advise the Court that SanDisk intends to "affirmatively use the JEDEC issue in the patent case [*Round Rock Research, LLC v. SanDisk Corporation*, C.A. No. 12-569-SLR]" and to offer "substantive evidence relating to JEDEC in the patent case." D.I. 13, ¶ 4. Although SanDisk respectfully submits that it nonetheless would be proper to proceed with this antitrust case for the reasons set forth in its opposition to the motion to stay, it understands that the Court is inclined to stay this case pending the patent trial currently scheduled for January 2015 "to avoid possible inconsistent results by different fact-finders." *Id.*

                                      Respectfully,

                                        */s/ Jack B. Blumenfeld*

                                        Jack B. Blumenfeld (#1014)

JBB/dam
cc:  All Counsel of Record
8379522