

July 21, 2014

**VIA E-FILING**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Unit 31
Wilmington, DE 19801-3568

      **RE:**    <u>**SanDisk Corporation v. Round Rock Research, LLC**
              **(C.A. No. 14-cv-352-SLR)**</u>

Dear Judge Robinson:

    Round Rock Research LLC respectfully submits this letter pursuant to the Court's July 1, 2014 Order (D.I. 13), wherein the Court ruled that it would "stay the antitrust litigation at least until the verdict in the patent jury trial" if SanDisk elected to affirmatively use the JEDEC issue in the patent case. In light of SanDisk's July 15, 2014 letter confirming its intention "to affirmatively use the JEDEC issue in the patent case" (D.I. 14), Rock Round respectfully submits that a stay of this litigation is appropriate.

    We are available at the Court's convenience should Your Honor have any questions.

                                                       Respectfully submitted,

                                                       /s/ Brian E. Farnan

                                                     Brian E. Farnan

cc: Counsel of Record (via E-Filing)