IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDISK CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-352 (SLR) |
| | ) | |
| ROUND ROCK RESEARCH, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SanDisk Corporation respectfully notices this Honorable Court that SanDisk Corporation dismisses the above-captioned action with prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mnat.com

*Attorneys for SanDisk Corporation*

March 27, 2015
9012370

SO ORDERED this ___ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE